TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
PENELOPE J. BRADY
Nevada Bar Number 17544
Assistant United States Attorney
400 South Virginia, Suite 900
Reno, Nevada 89501
Telephone: (775) 784-5438
Penelope.Brady@usdoj.gov

*Representing the United States of America*

FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 28 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  3:26-cr-00006-ART-CSD |
| Plaintiff, | CRIMINAL INDICTMENT |
| v. | <u>VIOLATIONS</u>: |
| DELSHAY ASTOR, | Title 18 U.S.C. §§ 1111, 1151, and 1152—Murder in the Second Degree Within Indian Country (Count One); |
| Defendant. | Title 18 U.S.C. § 2—Aiding and Abetting (Count One). |
| | **TO BE FILED UNDER SEAL** |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
Murder in the Second Degree Within Indian Country
(18 U.S.C. §§ 1111, 1151, 1152, and 2)

On or about February 2, 2022, in the State and Federal District of Nevada, on the Reno-Sparks Indian Colony, Indian Country of the United States,

DELSHAY ASTOR,

1

defendant herein, and others known to the Grand Jury, with malice aforethought, did unlawfully kill A.S., an Indian female, by shooting A.S. with a firearm, in violation of Title 18 United States Code, Sections 1111, 1151, 1152, and 2.

**DATED:** this 28th day of May, 2026

**A TRUE BILL:**

_____
FOREPERSON OF THE GRAND JURY

TODD BLANCHE
Acting Attorney General

PENELOPE J. BRADY
Assistant United States Attorney