```
_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
            COUNSEL/PARTIES OF RECORD

         JUN - 3 2026

        US DISTRICT COURT
        DISTRICT OF NEVADA
BY: _____ DEPUTY
```

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA      :

VS.      : Crim. No. 3:26-cr-0006

## Delshay Astor

Defendant      :

## ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with any local, state or federal government or its agents. I will not waive any of my constitutional rights except in the presence of counsel, and I do not want any local, state or federal government or its agents to contact me seeking my waiver of any rights unless my counsel is present.

_____
(Defendant's signature)

Sean A. McClelland          200 S. Virginia Street, Ste 340 Reno, NV  89501
_____
(Attorney's name/address

_____
(Attorney's signature)

Date: 6/3/2026          Time: 1:20 _____ a.m. / p.m.