UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>DELRAY ASTOR,<br><br>                    Defendant. | Case No. 3:26-cr-00006-ART-CSD<br><br>ORDER |

## I.    FINDINGS OF FACT

Good cause appearing, the Court finds that:

1. As part of the investigation in this case, Defense Counsel is in the process of reviewing voluminous discovery, much of which was only recently disclosed to Defense Counsel and is the subject of a Motion for Protective Order filed by the Government, which is still being briefed. (ECF No. 28.) As a result, Defense Counsel will not have sufficient and adequate time to effectively and thoroughly prepare for trial and present an appropriate defense in the above captioned matter on the date currently set for trial.

2. A colorable Motion to Dismiss for Lack of Jurisdiction was filed by Defendant on July 12, 2026. (ECF No. 25.) Briefing of that motion has not yet finished.

## II.    CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of

1

due diligence. The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section § 3161 (h)(7)(A), when considering the factors under Title 18, United States Code, § 3161(h)(7)(B)(i), (iv).

### III.   CONCLUSION

IT IS THEREFORE ORDERED that the parties herein shall have to and including Friday, August 21, 2026, to file any and all pretrial motions and notice of defense.

IT IS FURTHER ORDERED that the parties shall have to and including Friday, September 4, 2026, to file any all responses.

IT IS FURTHER ORDERED that the parties shall have to and including Friday, September 11, 2026, to file any and all replies.

IT IS FURTHER ORDERED that the calendar call is scheduled for Tuesday, September 8, 2026, at 11:00 a.m.; and the trial currently scheduled for August 4, 2026, at 9:00 a.m., is vacated and continued to Tuesday, September 29, 2026, at 9:00 a.m.

Dated this 24th day of July 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2