ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
DRASKOVICH HORVATH LLC
400 S. 4th Street, Suite 600
Las Vegas, Nevada 89101
702.474.4222
robert@draskovich.com

WILLIAM H. BROWN (7623)
THE LAW OFFICES OF
WILLIAM H. BROWN, LTD.
400 S. 4th St. Ste. 600
Las Vegas, Nevada 89101
(702) 816-2200
WBrown@BrownMishler.com
Attorneys for Defendant Astor

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DELSHAY ASTOR and JOEL CHRISTY,<br><br>Defendants. | CASE NO: 3:26-cr-00006-MMD-CSD<br><br>**STIPULATION TO VACATE CALENDAR CALL AND TRIAL DATE**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between TODD BLANCHE, Attorney General of the United States, and ROBERT KNIEF, Assistant United States Attorney, and counsel for the United States of America, ROBERT M. DRASKOVICH and WILLIAM BROWN, counsel for Defendant DELSHAY ASTOR, and KRISHNA PRASAD, counsel for JOEL CHRISTY that the calendar call currently scheduled for September 8, 2026 at the hour of 9:00 a.m., and the trial currently scheduled

for September 29, 2026 at 10:00 a.m., be vacated and a Status Check to reset the Calendar Call and Trial Date be set.

This Stipulation is entered into for the following reasons:

1. Counsel for Mr. Astor recently filed their substitution of attorney, which has yet to be approved by the Court.
2. Additionally, Counsel for Defendant Astor have yet to receive discovery in this case.
3. Defendant Astor is in custody and does not object to the request for continuance.
4. Defendant Christy is out of custody and does not object to the request for continuance.
5. Denial of this request for continuance would deny counsel for the defendant sufficient time within which to be able to effectively and thoroughly research his case, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code §§ 3161(h)(7)(A), Title 18, United States Code § 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

/ / /

/ / /

/ / /

This is the first request to vacate calendar call and trial date filed herein.

DATED this 4th day of September, 2026.

Robert M. Draskovich
/s/________________________
ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
Attorney for Defendant Astor

William Brown
/s/________________________
WILLIAM BROWN, ESQ.
Nevada Bar No. 7623
Attorney for Defendant Astor

/s/________________________
KRISHNA PRASAD, ESQ.
Nevada Bar No. 15308
Attorney for Defendant Christy

/s/________________________
LAUREN GORMAN, ESQ.
Nevada Bar No. 11580
Attorney for Defendant Christy

TODD BLANCHE
Attorney General of the United States

Robert Knief
/s/________________________
ROBERT KNIEF
Assistant United States Attorney
Attorney for United States of America

ROBERT M. DRASKOVICH, ESQ.
Nevada Bar No. 6275
DRASKOVICH HORVATH LLC
400 S. 4th Street, Suite 600
Las Vegas, Nevada 89101
702.474.4222
robert@draskovich.com

WILLIAM H. BROWN (7623)
THE LAW OFFICES OF
WILLIAM H. BROWN, LTD.
400 S. 4th St. Ste. 600
Las Vegas, Nevada 89101
(702) 816-2200
WBrown@BrownMishler.com
Attorneys for Defendant Astor

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DELSHAY ASTOR and JOEL CHRISTY<br><br>Defendants. | CASE NO: 3:26-cr-00006-MMD-CSD<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

**FINDINGS OF FACT**

Based upon the pending Stipulation of counsel, and good cause appearing therefor, the Court finds:

1. Counsel for Mr. Astor recently filed their substitution of attorney, which has yet to be approved by the Court.
2. Additionally, Counsel for Defendant Astor have yet to receive discovery in this case.

3. Defendant Astor is in custody and does not object to the request for continuance.
4. Defendant Christy is out of custody and does not object to the request for continuance.
5. Denial of this request for continuance would deny counsel for the defendant sufficient time within which to be able to effectively and thoroughly research his case, taking into account the exercise of due diligence.
6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

7. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code §§ 3161(h)(7)(A), Title 18, United States Code § 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv)

For all these reasons, the ends of justice would best be served by a continuance of the trial date.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking into account the exercise of due diligence.

The continuance sought herein excludable under the Speedy Trial Act, Title 18, United States Code §§ 3161(h)(7)(A), Title 18, United States Code § 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

**ORDER**

IT IS FURTHER ORDERED that the calendar call currently scheduled for September 8, 2026, at 9:00 a.m. and the trial currently scheduled for September 29, 2026 at 10:00 a.m., be vacated and a Status Check to Reset Trial Date be set for ___________________ at ___:___ __.m.

IT IS SO ORDERED.

Dated this ____ day of September, 2026.

___________________________________
UNITED STATES DISTRICT JUDGE